AO 450 (Rev. 5/85)

# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| DONALD RAY HARVILL,<br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-145-D** |

**Decision by the Court:**

　　　IT IS ORDERED AND ADJUDGED that for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shala1a v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 21, 2010** WITH A COPY TO:

Barbara von Euler via (CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg  (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| July 21, 2010<br>Date<br><br>――――<br>Raleigh, North Carolina | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br>/s/ Debby Sawyer　　　　　　　　<br>(By) Deputy Clerk |