IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CV-145-D

| | | |
|---|---|---|
| DONALD RAY HARVILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR ATTORNEY FEES** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed a petition for attorney fees under the Equal Access to Justice Act,

28 U.S.C. § 2412 (E.A.J.A.), on August 5, 2010, requesting $5,701.80 in fees and $350 in costs.

Thereafter, the parties jointly filed a Stipulated Consent Motion noting that the parties had agreed

to settle the E.A.J.A. claim for $4,700 in fees and $350 in costs.

Accordingly, the Court hereby directs the defendant to pay plaintiff $4,700 in fees and

costs of $350, and directs that this case be closed.

SO ORDERED this __24__ day of __August__, 2010.

JUDGE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE