IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DONALD RAY HARVILL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 4:09-CV-145-D |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 16 day of April, 2013, it is hereby ORDERED that Plaintiff's Motion for an Award of Attorney Fees pursuant to 42 U.S.C. § 406(b) is GRANTED.

Counsel is awarded attorney fees in the amount of $12,500.00.

BY THE COURT:

James C. Dever III.
Chief United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).